# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

**CASE NO.:**  CV 17-01382 SJO (Ex)          **DATE:** April 21, 2017

**TITLE:**   Mingchan Shao v. John F. Kelly et al

========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):**      **ORDER  TO  SHOW  CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

        Plaintiff is hereby ordered to show cause in writing by not later than **May 22, 2017** why this action should not be dismissed for lack of prosecution.

        The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

  •       Proof of service of summons and complaint;

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the court's Order may result in the dismissal of the action.

        **IT IS SO ORDERED**.